# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| United States of America | ) | |
| --- | --- | --- |
| Plaintiffs | ) | Case No: 12 CR 87 |
| | ) | |
| v. | ) | |
| | ) | Judge: |
| Ronald Watts | ) | |
| Defendant | ) | |
| | ) | |

## ORDER

Change of plea hearing held. Defendant withdraws plea of not guilty and enters blind plea of guilty to count 1 of the information. Defendant informed of rights. Judgment of guilty entered. Cause referred to the Probation Office for a presentence investigation. Sentencing set to 10/9/2013 at 1:30 p.m. Sentencing memorandum and/or objections to the presentence investigation to be filed by 9/25/2013. Any responses to be filed by 10/2/2013. Jury trial set to 7/22/2013 is hereby stricken. Bond to stand.

(T:)00:21

Date: July 19, 2013                     /s/ Sharon Johnson Coleman
                                        United States District Court Judge